CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:



CITY: CANTON

COUNTY: MADISON

**RELATED CASE INFORMATION:**
SUPERSEDING INDICTMENT _____ DOCKET # 3:18cr77-CWR-FKB
SAME DEFENDANT _____ NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER 3:18-MJ-117LRA/3:18-MJ-122-LRA
R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE: ___ YES _X_ NO

MATTER TO BE SEALED: ___ YES _X_ NO

NAME/ALIAS: MARK LONGGREAR

**U.S. ATTORNEY INFORMATION:**

AUSA KEESHA MIDDLETON BAR # 104549

INTERPRETER: _X_ NO ___ YES LIST LANGUAGE AND/OR DIALECT: _____

**LOCATION STATUS:** ARREST DATE _____

___ ALREADY IN FEDERAL CUSTODY AS OF _____
___ ALREADY IN STATE CUSTODY
___ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: 20 _____ PETTY _____ MISDEMEANOR 20 FELONY

| (Clerk's Office Use Only) | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1: 18:371.F | 18:U.S.C. § 371 | CONSPIRACY TO DEFRAUD | 1 |
| Set 2: 49:32703.F | 49 U.S.C. § 32703(2) | ALTERING ODOMETER SETTING | 2-8 |
| Set 3 49:32705.F | 49 U.S.C. § 32705(a) | FALSE STATEMENTS ON DOCUMENTS | 9-14 |
| Set 4 18:513A.F | 18 U.S.C. § 513(a) | UTTER FORGED AND COUNTERFEIT SECURITY | 15-20 |

Date: 4/4/18    SIGNATURE OF AUSA: *[signature]*

Revised 2/26/2010